UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cr-102 |
| ) | |
| CARL TAYLOR, ) | |
| ) | |
| Defendant. ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO:   THE HONORABLE RUDY LOZANO
      UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on May 25, 2018. The United States Government appeared by counsel Assistant United States Attorney Thomas McGrath. Defendant Carl Taylor appeared in person and by counsel Kerry Connor and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Carl Taylor pled guilty to Count 1 of the Indictment, felon in possession of a firearm, and was sentenced to a 15 month term of imprisonment followed by a supervised release term of 2 years.

On April 24, 2018, a Petition for Warrant for Offender Under Supervision was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On April 30, 2018, an arrest warrant was issued.

On May 4, 2018, the defendant was arrested.

On May 7, 2018, the Initial Appearance was held.

On May 18, 2018, the U.S. Probation Office filed a Summary Report of Violations [DE 100].

On May 23, 2018, the parties filed the Agreement of the Parties [DE 102].

On May 24, 2018, the defendant, by counsel, filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On May 24, 2018, District Court Judge Rudy Lozano issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

As a result of the May 25, 2018, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;
2. that the defendant understands the proceedings, allegations and his rights;
3. that the defendant knowingly and voluntarily admitted that he committed the violations set forth in the Summary Report of Violations and that those allegations are true;

4. that the admitted violations are Grade C violations, the defendant's criminal history category is III, the advisory guideline range is 5-11 months imprisonment, and the statutory maximum sentence that may be imposed is 24 months imprisonment;

5. that the parties jointly agree to a sentence of the defendant of time-served with no further supervision to follow; and

6. that the parties have waived their right to appear before Judge Lozano for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Lozano as follows:

1. that the defendant be adjudged to have committed the violations of his supervised release set forth in the Summary Report of Violations;

2. that the supervised release of the defendant be revoked;

3. that the agreement of the parties be accepted and the defendant be released for time-served;

4. that the defendant not continue on supervised release; and

5. that the sentence be imposed without the defendant making an additional court appearance.

ENTERED this 30th day of May, 2018.

/s/ Andrew P. Rodovich
United States Magistrate Judge