# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 2:14-cr-102 |
| | ) |
| CARL TAYLOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing, filed on May 30, 2018 (DE #108). The parties have both indicated that they have no objections to the Findings and Recommendation. (DE #109.)

Defendant, Carl Taylor, pled guilty to Count 1 of the Indictment, felon in possession of a firearm. On May 24, 2016, Carl Taylor was sentenced to a term of imprisonment of 15 months incarceration followed by 2 years of supervised release. Defendant, Carl Taylor, committed the Violations of Standard Conditions as outlined in the summary report of violations (DE #92). Pursuant to 18 U.S.C. § 3583(e), the maximum sentence that may be imposed for a violation of supervised release in this matter is a 2-year term of imprisonment. The parties jointly agreed to a sentence of time-served with no further supervision to follow. (DE #102.) The

parties also agree that the admitted violations are Grade C violations, Defendant's criminal history category is III, and the Guideline range pursuant to U.S.S.G. § 7B1.4 is 5-11 months.

Upon due consideration, the court hereby **ADOPTS** the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing (DE #108). Defendant, Carl Taylor, is **ADJUDGED GUILTY** of the Violations of Standard Conditions as outlined in the summary report of violations. The supervised release of Carl Taylor is **HEREBY REVOKED**. The Court **ACCEPTS** the agreement of the parties, and Carl Taylor is **ORDERED RELEASED for TIME-SERVED WITH NO FURTHER SUPERVISION TO FOLLOW.** Defendant, Carl Taylor, **SHALL NOT CONTINUE ON SUPERVISED RELEASE**. This sentence shall be imposed without Defendant making an additional court appearance.

**DATED: June 5, 2018**  /s/ RUDY LOZANO, Judge
**United States District Court**